UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-12265-RGS

IGOR Y. GORETSKIY
Petitioner

v.

ANTONE MONIZ
Respondent

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

May 26, 2021

STEARNS, D.J.

On February 23, 2021, Respondent Antone Moniz, the Superintendent of Plymouth County House of Correction, notified the court that Petitioner Igor Goretskiy's final order of removal was effectuated on February 19, 2021, when he departed the United States via a commercial flight. *See* Dkt. #13. Superintendent Moniz has filed a Declaration from Deportation Officer Anika Beaumont confirming that Goretskiy is no longer in ICE custody having departed the United States. Superintendent Moniz asks the court to deny the petition for a writ of habeas corpus as moot. In his Report and Recommendation, Magistrate Judge Donald Cabell agrees. The Recommendation is ADOPTED, the petition is DENIED as MOOT, and the

Clerk will close this case.

Any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 is <u>DENIED</u>, the court seeing no meritorious or substantial basis supporting an interlocutory appeal.

                                SO ORDERED.

                                <u>/s/ Richard G. Stearns          </u>
                                UNITED STATES DISTRICT JUDGE